UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EARL TRUVIA, ET AL | CIVIL ACTION |
| VERSUS | NO. 04-0680 c/w 04-0682 |
| HENRY P. JULIEN, JR., ET AL | SECTION "N" (2) |

## ORDER AND REASONS

Presently before the Court are three motions to strike filed by Defendants (Rec. Docs. 103, 104, and 136). Having carefully considered the parties' submission regarding these motions, **IT IS ORDERED**, on the showing presently made, that the motions are **DENIED**. Defendants' assertions in support of their motions concern the weight to be given to these documents rather than their admissibility. Such assertions can be addressed via cross-examination and argument by counsel.

New Orleans, Louisiana, this 6th day of September 2012.

_____
**KURT D. ENGELHARDT**
**United States District Judge**